[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 431.]

ROTH, ADMR., APPELLANT, *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ET AL., APPELLEES.

[Cite as *Roth v. State Farm Mut. Auto. Ins. Co.*, 1998-Ohio-292.]

*Motor vehicles—Insurance—Underinsured motorist coverage—Court of appeals' judgment reversed.*

(No. 98-1276—Submitted September 15, 1998—Decided October 28, 1998.)

APPEAL from the Court of Appeals for Darke County, No. 97-CA-1455.

————————————

*Kemp, Schaeffer, Rowe & Lardiere Co., L.P.A., Steven D. Rowe* and *Nannette J.B. Dean*, for appellant.

*Young & Alexander Co., L.P.A.*, and *Steven O. Dean*, for appellee.

————————————

{¶ 1} The discretionary appeal is allowed.

{¶ 2} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court to apply *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 695 N.E.2d 732.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————